UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| THERAPEARL, LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>RAPID AID LTD,<br><br>　　　　　Defendant. | Civil Action No. 1:13-cv-02792-CCB |

## REQUEST FOR ENTRY OF DEFAULT

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, plaintiff Therapearl, LLC ("Therapearl") hereby requests that the Clerk of the above-captioned Court enter default in this matter against Rapid Aid Ltd. ("Rapid Aid") in the above-captioned civil action.

On September 23, 2013, Therapearl filed the Complaint in this action (ECF No. 1).

On October 11, 2013, Plaintiff Therapearl sent a completed "Request for Service Abroad of Judicial or Extrajudicial Documents," requesting service of process upon Rapid Aid Ltd. at its corporate headquarters in Canada. The Request and all necessary corresponding documents were sent to the Ontario Court of Justice, which serves as the Central Authority for Service of Documents in Ontario under the Hague Convention. On October 29, 2013, a Client Services Representative, as an agent of the Central Authority, confirmed that she received the Request in its entirety.

Defendant Rapid Aid was served at its corporate headquarters in Mississauga, Ontario, Canada on December 9, 2013. More specifically, the documents were delivered to Rapid Aid's

1

Financial Controller, Cheryl Etherington. Certification of the December 9, 2013 service date was provided to Therapearl by the Client Services Representative, and was filed with this court as proof of service (ECF No. 8).

Rapid Aid, and its Canadian counsel, have been aware and in possession of the pending Complaint since at least September 24, 2013. Moreover, Rapid Aid has acknowledged service of the Complaint on December 9, 2013 in correspondence among counsel. Despite having full awareness of the Complaint pending in this Court, Rapid Aid has not filed an answer or otherwise pleaded in response.

More than twenty one (21) days have elapsed since Rapid Aid was served, and to date, Rapid Aid has not filed an answer or other responsive pleading to Therapearl's Complaint. Accordingly, Therapearl respectfully requests that the Clerk enter default upon the Defendant in the above-captioned civil action.

RESPECTFULLY SUBMITTED,

Dated: January 10, 2014

/s/Matthew A. Pequignot
Matthew A. Pequignot, Bar No. 16062
Pequignot + Myers
90 North Coast Highway 101
Suite 315
Encinitas, CA  92024
Phone: 202-328-1200
Facsimile: 202-328-2219
mpequignot@pmiplaw.com

Attorney for Plaintiff THERAPEARL, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the REQUEST FOR ENTRY OF DEFAULT was served on Rapid Aid by being deposited on this date with the United States Postal Service, addressed to:

Jeffrey Whitely
President
Rapid Aid Ltd.
Units 1-4
4120A Sladeview Crescent
Mississauga, Ontario
L5L 5Z3 CANADA

Date: January 10, 2014

/s/Matthew A. Pequignot
Matthew A. Pequignot, Bar No. 16062
Pequignot + Myers
90 North Coast Highway 101
Suite 315
Encinitas, CA 92024
Phone: 202-328-1200
Facsimile: 202-328-2219
mpequignot@pmiplaw.com