# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Therapearl, LLC | * | |
| v. | * | Civil Action No. CCB-13-2792 |
| Rapid Aid Ltd. | * | |
| | * | |

\*\*\*

## ORDER

For the reasons stated in the foregoing memorandum, it is this 25th day of September, 2014, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. The Plaintiff Therapearl, LLC's motion to enter default against the Defendant Rapid Aid Ltd. (ECF No. 9) is **DENIED**;

2. Therapearl's alternative request for reasonable attorney's fees and costs incurred in connection with seeking entry of default (ECF No. 25) is **GRANTED**;

3. Therapearl may file an appropriate affidavit and documentation seeking to establish reasonable fees and costs within 28 days;

4. Therapearl's motion to strike (ECF No. 19) is **DENIED**;

5. Rapid Aid's motion to dismiss (ECF No. 14) is **GRANTED**;

6. Counts One and Two are **DISSMISSED WITH PREJUDICE**;

7. Counts Three and Four are **DISMISSED WITHOUT PREJUDICE**; and

8. The Clerk **SHALL CLOSE** this case.

/s/
Catherine C. Blake
United States District Judge