IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THERAPEARL, LLC,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>RAPID AID LTD.,<br><br>　　　　　　Defendant. | Case No. 1:13-cv-02792-CCB |

## STIPULATION

IT IS HEREBY STIPULATED by the Plaintiff Therapearl, LLC and the Defendant Rapid Aid Ltd. that, pursuant to a settlement reached by the parties, the reasonable attorney's fees and costs awarded by the Court's Order dated September 25, 2014 shall be deemed satisfied, without the need for any further payments by Defendant or filings with or action by the Court.

Dated: November 4, 2014

| **PEQUIGNOT + MYERS LLC** | **AXINN, VELTROP & HARKRIDER LLP** |
|---|---|
| By:_____/s/_____ | By:_____/s/_____ |
| Matthew A. Pequignot (Bar No. 16062)[*] <br> 90 North Coast Highway 101 <br> Suite 315 <br> Encinitas, CA 91014 <br> (202) 328-1200 <br> mpequignot@pmiplaw.com | Richard B. Dagen (D. Md. Bar No. 18920)[†] <br> 950 F Street, NW <br> Washington, DC 20004 <br> (202) 721-5418 <br> rdagen@axinn.com |
| [*] Signed by Russell M. Steinthal with permission of Matthew A. Pequignot | [†] Signed by Russell M. Steinthal with permission of Richard B. Dagen |
| *Attorneys for Plaintiff Therapearl, LLC* | |
| | _____/s/_____ |
| | Russell M. Steinthal (D. Md. Bar No. 801163)[‡] <br> 114 West 47th Street <br> New York, NY 10036 <br> (212) 728-2207 <br> (212) 728-2201 (facsimile) <br> rsteinthal@axinn.com |
| | [‡] Admitted *pro hac vice* |
| | *Attorneys for Defendant Rapid Aid Ltd.* |

**SO ORDERED**

_____

Catherine C. Blake
United States District Judge